## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT LYND, | ) | |
|     Plaintiff, | ) | No. 11 C 7014 |
| | ) | |
|     v. | ) | Judge Joan B. Gottschall |
| | ) | |
| BRISTOL KENDALL FIRE | ) | |
| PROTECTION DISTRICT, et al., | ) | |
|     Defendants. | ) | |

## **ORDER**

    Enter Order. For the reasons set forth in the attached order, the Fire District defendants' motion to dismiss [34] is granted in part and denied in part. Specifically, Lynd's conspiracy to deny due process claim (Count II) is dismissed with prejudice but the remainder of the motion to dismiss is denied. In addition, Public Safety Services' motion for judgment on the pleadings [46] is granted. If Lynd wishes to seek permission to file a second amended complaint against Public Safety Services, he must file a motion and establish that this relief is warranted.

    ENTER:

/s/
JOAN B. GOTTSCHALL
United States District Judge

DATED: July 25, 2013